# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY AND MICHELE HALL,<br><br>　　　　Plaintiffs.<br>　v.<br><br>THE BANK OF NEW YORK MELLON f/k/a The Bank of New York, as successor trustee for JPMorgan Chase Bank, N.A., as trustee for Novastar Mortgage Funding Trust, Series 2005-4 Novastar Home Equity Loan Asset-Backed Certificates Series 2005-4,<br><br>　　　　Defendant. | No. 4:17-CV-00329<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 29th day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by Defendant The Bank of New York Mellon, ECF No. 7, is **DENIED.**

2. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant shall file an answer to Plaintiff's Complaint, ECF No. 1-1, within 14 days of the date of this Order.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　United States District Judge